STATE v. M. H. McFARLAND.

(Filed 23 May, 1951.)

APPEAL by defendant from *Clement, J.,* January Term, 1951, RICHMOND. No error.

Criminal prosecution under a bill of indictment which charges an assault with intent to commit rape.

The trial judge, being of the opinion that there was no sufficient evidence of an intent on the part of the defendant to commit the crime of rape, submitted the cause to the jury on the lesser count of an assault upon a female, he, the defendant, being a male person over eighteen years of age.

There was a verdict of guilty. The court pronounced judgment on the verdict and defendant appealed.

*Attorney-General McMullan and Assistant Attorney-General Bruton for the State.*

*Gavin, Jackson & Gavin, Jones & Jones, and D. E. McIver for defendant appellant.*

PER CURIAM. This cause resolved itself into an issue of fact. There was ample testimony offered by the State to repel defendant's demurrer to the evidence and require its submission to the jury. The assignments of error brought forward by defendant and discussed in his brief fail to disclose cause for disturbing the verdict. Upon the consideration of the whole record we find in the trial

No error.